**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.:  11-cv-03355-AP

**SHARON NAVARRO**,

                              Plaintiff,

vs.

**MICHAEL J. ASTRUE,**
Commissioner of Social Security,

                              Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1. APPERANCE OF COUNSEL AND *PRO SE* PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Anthony L. Sokolow, PC | JOHN F. WALSH |
| 1155 Kelly Johnson Blvd., Suite 111 | United Stated Attorney |
| Colorado Springs, CO  80920 | |
| Telephone:  (719) 260-3842 | WILLIAM G. PHARO |
| Fax:  (877) 301-4667 | Assistant United States Attorney |
| E-mail: asokolow@asokolow.com | District of Colorado |
| | |
| | JESSICA MILANO |
| | Special Assistant United States Attorney |
| | Assistant Regional Council |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1001 Seventeenth Street |
| | Denver, CO  80202 |
| | Telephone:  (303) 844-7136 |
| | jessica.milano@ssa.gov |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING RELEVANT PLEADINGS**

    **A.**    **Date Complaint Was Filed:** December 23, 2011

    **B.**    **Date Complaint Was Served on U.S. Attorney's Office:** December 29, 2012

    **C.**    **Date Answer and Administrative Record Were Filed:**    February 27, 2012

**4.**    **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Counsel for Plaintiff states that the record is complete and accurate.

To the best of her knowledge, Counsel for Defense states that the record is complete and accurate.

**5.**    **STATEMENT REGARDING ADDITIONAL EVIDENCE**

Counsel for Plaintiff has obtained additional evidence that he wishes to have included in the record. Counsel for Plaintiff will make a separate Motion to the Court and request the admission of this additional evidence.

The Counsel for Plaintiff has consulted with Counsel for Defense regarding the submission of this new evidence and she has indicated that she Defendant contests this Motion and will file a timely Response with the Court.

**6.**    **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES.**

**Counsel for Plaintiff States:**    To the best of his knowledge, this case does not involve unusual claims or defenses.

**Counsel for Defense States:**    To the best of her knowledge, this case does not involve unusual claims or defenses.

**7.**    **OTHER MATTERS**

There are no other matters anticipated.

8. **BRIEFING SCHEDULE**

   *Court's note: (dates re-calculated and entered by the court)*

   A. **Plaintiff's Opening Brief Due:**

   April 30, 2012

   B. **Defendant's Response Brief Due:**

   May 30, 2012

   C. **Plaintiff's Reply Brief (If Any) Due:**

   June 14, 2012

9. **STATEMENTS REGARDING ORAL ARGUMENT**

   A. **Plaintiff's Statement:**

   Plaintiff does not request oral argument.

   B. **Defendant's Statement:**

   Defendant does not request oral argument.

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A. **(X) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B. **( ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge**

11. **OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C. COLO. LCiv 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

*Court's note – this section was inadvertently deleted by the parties, but added back in by the court as necessarily included language for a Joint Case Management Plan.*

DATED this 21st day of March, 2012.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| /s/ Anthony L. Sokolow | /s/ Jessica Milano |
| Anthony L. Sokolow, | By: Jessica Milano |
| 1155 Kelly Johnson Blvd., Suite 111 | Special Assistant U.S. Attorney |
| Colorado Springs, CO 80920 | 1001 Seventeenth Street |
| Telephone (719) 260-3842 | Denver, CO 80202 |
| asokolow@asokolow.com | Telephone: (303) 844-7237 |
| Attorney for Plaintiff | jessica.milano@ssa.gov |
| | Attorneys for Defendant |