IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 11-cv-03355-MSK

SHARON NARVARRO,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Opinion, Order and Judgment filed on May 5, 2013, (**Doc. #20**), it is

ORDERED that:

The Commissioner of Social Security's decision is REVERSED and the case is remanded, for further proceedings at Step 2, and if appropriate, Steps 3, 4, and 5. It is further

ORDERED that plaintiff is AWARDED its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 6th day May, 2013.

                ENTERED FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

                By: s/Edward P. Butler
                Edward P. Butler, Deputy Clerk